**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

---

Othea Jones, individually and on behalf of all others similarly situated,

       *Plaintiff,*

    v.

Amazon.com Services LLC,

       *Defendant.*

---

**VOLUNTARY DISMISSAL**

**3:24-cv-1565**

Plaintiff Othea Jones ("Plaintiff"), by her counsel, Harman Green PC, voluntarily dismisses this action without prejudice pursuant to Fed. R. of Civ. Pro. 41(a)(1)(1).

Dated:
June 24, 2024

                     **HARMAN GREEN PC**

                     By: *[signature]*
                     Walker G. Harman, Jr.
                     824 Exposition Ave., Suite 8
                     Dallas, Texas 75226
                     (646) 248-2288
                     wharman@theharmanfirm.com
                     erichardson@theharmanfirm.com
                     *Attorneys for Plaintiff*